FILED BY YH D.C.

Feb 21, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **19-60057-CR-ALTONAGA/SELTZER**

18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 1960
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

MOHANNAD ILBIH ILBIH,

      Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment, unless otherwise specified:

1. Pursuant to Title 18, United States Code, Section 1960(b)(2), the term "money transmitting" includes transferring funds on behalf of the public by any and all means, including but not limited to, transfers within this country by wire, check, draft, facsimile or courier.

2. Title 18, United States Code, Section 1960(b)(1)(A) requires money transmitting businesses which affect interstate or foreign commerce in any manner or degree to possess an appropriate money transmitting license from the State in which they operate.

3. Money transmitters operating in the State of Florida were required to register under Florida law, and operating a money transmitting business without authorization was punishable as a felony under Florida law.

4. At no time relevant to this Indictment did the defendant **MOHANNAD ILBIH ILBIH** register with the State of Florida to obtain a license from the State of Florida to operate a money transmitting business.

## COUNT 1
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

From in or around February 2009 through in or around February 2014, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MOHANNAD ILBIH ILBIH,**

did knowingly combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to commit an offense against the United States, in violation of Title 18, United States Code, Section 1956, that is to knowingly conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that such transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is the distribution and possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 2
## Attempt to Commit Money Laundering
## (18 U.S.C. § 1956(a)(1)(B)(i))

On or about February 24, 2014, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MOHANNAD ILBIH ILBIH,**

did knowingly attempt to conduct a financial transaction affecting interstate commerce, that is, the movement of United States currency, which financial transaction involved the proceeds of specified unlawful activity, knowing the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specified unlawful activity.

It is further alleged that the specified unlawful activity is the distribution and possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i), and 2.

## COUNT 3
## Unlicensed Money Transmitting Business
## (18 U.S.C. § 1960)

The allegations set forth in paragraphs one through four of this Indictment are re-alleged and by this reference fully incorporated herein.

From in or around February 2009 through in or around February 2014, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**MOHANNAD ILBIH ILBIH,**

did knowingly conduct, control, manage, supervise, direct, and own all and part of an unlicensed

money transmitting business, as that term is defined in Title 18, United States Code, Section 1960(b), by transferring funds on behalf of the public, by any and all means including wire and courier, which affected interstate and foreign commerce, and which was operated without an appropriate money transmitting license in a State, that is, Florida, where such operation was punishable as a felony, and failed to comply with the money transmitting business registration requirements under Title 31, United States Code, Section 5330 of and the regulations prescribed thereunder, in violation of Title 18, United States Code, Sections 1960(a) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MOHANNAD ILBIH ILBIH**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1956 or Section 1960, as alleged in the Indictment, the defendant shall forfeit all property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

3. Property subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1), includes, but is not limited to, **real property located at 14563 Jockey Circle S, Davie, Florida 33330.**

All pursuant to Title 18, United States Code, Section 982(a)(1) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL.

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
BRIAN J. SHACK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY\***

MOHANNAD ILBIH ILBIH,
_____Defendant._____ /

Superseding Case Information:

**Court Division**: (Select One)

☐ Miami          ☐ Key West
☑ FTL            ☐ WPB          ☐ FTP

New Defendant(s)           Yes ☐       No ☐
Number of New Defendants   ____
Total number of counts     ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No
   List language and/or dialect     _____

4. This case will take    3-5    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I    0 to 5 days         ☑
   II   6 to 10 days        ☐
   III  11 to 20 days       ☐
   IV   21 to 60 days       ☐
   V    61 days and over

   (Check only one)

   Petty     ☐
   Minor     ☐
   Misdem.   ☐
   Felony    ☑

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ☐   No ☑

_____
BRIAN J. SHACK
ASSISTANT UNITED STATES
Court I.D. No. A5502166

\*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **MOHANNAD ILBIH ILBIH**

Case No: _____

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalties:** 20 Years' Imprisonment

Count #: 2

Attempt to Commit Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalties:** 20 Years' Imprisonment

Count #: 3

Unlicensed Money Transmission Business

Title 18, United States Code, Section 1960

**\*Max. Penalties:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**