UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60057-CR-ALTMAN

UNITED STATES OF AMERICA

v.

MOHANNAD ILBIH ILBIH,

    Defendant.

## UNITED STATES' AMENDED MOTION FOR FINAL ORDER OF FORFEITURE

Pursuant to Title 21, United States Code, Section 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby moves for the entry of a final order of forfeiture in the above-captioned matter. In support of this motion, the United States provides the following factual and legal bases.

1. On February 19, 2020, pursuant to Title 18, United States Code, Section 982(a)(1) and Title 21, United States Code, Section 853(p), the Court entered a Preliminary Order of Forfeiture [ECF No. 53] with respect to Defendant, Mohannad Ilbih Ilbih, forfeiting, subject to third-party interests, the following property to the United States:

    i.    real property located at 14563 Jockey Circle S, Davie, Florida 33330, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, also known as:

A PORTION OF PARCEL A, "CHARLESTON OAKS", ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 172, PAGE 147, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF PARCEL B OF SAID "CHARLESTON OAKS"; THENCE SOUTH 89°41'47" WEST, ALONG THE

SOUTH LINE OF SAID PARCEL B, A DISTANCE OF 1626.91 FEET; THENCE NORTH 00°18'13" WEST, A DISTANCE OF 259.84 FEET TO THE POINT OF BEGINNING, SAID POINT BEING ON THE ARC OF A CIRCULAR CURVE TO THE LEFT, AT WHICH THE RADIUS POINT BEARS SOUTH 09°16'59" EAST; THENCE WESTERLY ALONG THE ARC OF SAID CURVE, HAVING A RADIUS OF 3000.00 FEET AND A CENTRAL ANGLE OF 02°04'26", A DISTANCE OF 108.59 FEET TO THE POINT OF REVERSE CURVATURE OF A CIRCULAR CURVE TO THE RIGHT; THENCE WESTERLY ALONG THE OF SAID CURVE HAVING A RADIUS OF 450.00 FEET AND A CENTRAL ANGLE OF 06°44'34", A DISTANCE OF 52.96 FEET; THENCE NORTH 04°36'51" WEST, ALONG A LINE RADIAL TO THE LAST AND NEXT DESCRIBED CURVES, A DISTANCE OF 230.00 FEET TO A POINT ON THE ARC OF A CIRCULAR CURVE TO THE LEFT; THENCE EASTERLY ALONG THE ARC OF SAID CURVE, HAVING A RADIUS OF 220.00 FEET AND A CENTRAL ANGLE OF 06°44'34", A DISTANCE OF 25.89 FEET TO THE POINT OF REVERSE CURVATURE OF A CIRCULAR CURVE TO THE RIGHT; THENCE EASTERLY ALONG THE ARC OF SAID CURVE HAVING A RADIUS OF 3230.00 FEET AND A CENTRAL ANGLE OF 02°04'26", A DISTANCE OF 116.91 FEET; THENCE SOUTH 09°16'59" EAST, ALONG A LINE RADIAL TO THE LAST DESCRIBED CURVE, A DISTANCE OF 230.00 FEET TO THE POINT OF BEGINNING

Property ID No.: 5040-22-15-0570; and

ii.   real property located at 3390 NW 125 Avenue, Sunrise, Florida 33323, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon, also known as:

PORTION OF PARCEL "A", "OAKLAND SAWGRASS EXPRESSWAY PLAT" ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 144, PAGE 7, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF SECTION 23, TOWNSHIP 49 SOUTH, RANGE 40 EAST, OF PARCEL "A", "SAWGRASS LAKES", ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 154, PAGE 2, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA;

THENCE NORTH 88°40'46" WEST (PLAT BEARING), ALONG THE SOUTH LINE Of THE SOUTHEAST ONE-QUARTER (SE 1/4) OF SAID SECTION 23, A DISTANCE OF 322.33 FEET; THENCE NORTH 01°19'14" EAST, A DISTANCE OF 15.00 FEET TO A POINT ON THE SOUTH LINE OF SAID PARCEL "A"; THENCE NORTH 00°16'29" EAST, ALONG A LINE 150.00 FEET WEST OF AND PARALLEL WITH THE EAST LINE OF SAID PARCEL "A", A DISTANCE OF 337.40 FEET; THENCE NORTH 03°42'30" EAST, ALONG SAID PARALLEL LINE, A DISTANCE OF 200.38 FEET: THENCE NORTH 00°16'29" EAST,

ALONG SAID PARALLEL LINE, AND ITS NORTHERLY EXTENSION, A DISTANCE OF 1926.64 FEET; THENCE WEST, A DISTANCE OF 101.13 FEET; THENCE NORTH, A DISTANCE OF 91.63 FEET TO A POINT OF CURVATURE OF A CIRCULAR CURVE, CONCAVE TO THE EAST, HAVING A RADIUS OF 8.00 FEET, THENCE NORTHERLY, AND TO THE RIGHT ALONG THE ARC OF SAID CURVE, THROUGH A CENTRAL ANGLE OF 30°50'58", AN ARC DISTANCE OF 4.31 FEET; THENCE NORTH 30°50'58" EAST, A DISTANCE OF 28.77 FEET TO THE POINT OF THE BEGINNING; THENCE WEST, A DISTANCE OF 69.88 FEET; THENCE NORTH, A DISTANCE OF 16.73 FEET; THENCE WEST. A DISTANCE OF 5.67 FEET; THENCE NORTH, A DISTANCE OF 13.50 FEET; THENCE EAST, A DISTANCE OF 56.07 FEET; THENCE SOUTH 59°09'02" EAST, A DISTANCE OF 9.55 FEET; THENCE SOUTH 13°56'46" EAST, A DISTANCE OF 22.50 FEET; THENCE SOUTH 59°09'02" EAST, A DISTANCE OF 6.82 FEET TO THE POINT OF BEGINNING

Property ID No. 4940-23-09-0930.

2. Pursuant to Title 21, United States Code, Section 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days [ECF No. 59].

3. Also pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture, or such person was on actual notice of the forfeiture.

4. In addition, on March 26, 2020, the notice was posted on the real property sought for final forfeiture in an open and conspicuous manner by law enforcement agents [ECF Nos. 57-58].

5. The time period for filing a petition claiming an interest in the property sought for final forfeiture has expired, and no petition or claim has been filed.

6. Pursuant to Title 21, United States Code, Section 853(n)(7), once all third-party petitions have been disposed of and/or if no timely petitions have been filed, "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee."

7. Therefore, the United States is entitled a final order of forfeiture that vests in the United States clear title to the property listed in paragraph 1, *supra*.

WHEREFORE, pursuant to Title 18, United States Code, Section 982(a)(1), Title 21 United States Code, Section 853(p), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the United States respectfully requests that the Court enter the proposed final order of forfeiture and for such other relief that it deems just and proper.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

BY: /s/ *Adrienne E. Rosen*
    Adrienne E. Rosen
    Assistant United States Attorney
    Court Id No. A5502297
    99 N.E. 4th Street, 7TH Floor
    Miami, Florida 33132-2111
    Tel: (305)961-9338
    Fax: (305)536-4089
    Adrienne.Rosen@usdoj.gov